**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ORLANDO PERALTA,

                Petitioner,                21 **CIVIL** 349 (VEC)
                                                     19 **CR.** 135 (VEC)

     -against-

                                                     **JUDGMENT**

UNITED STATES OF AMERICA,

                Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 3, 2021, Mr. Peralta's petition is DENIED. The Court declines to issue a certificate of appealability as Petitioner has not made a substantial showing of a denial of a constitutional right. *See Matthews v. United States*, 682 F.3d 180, 185 (2d Cir. 2012). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and permission to proceed *in forma pauperis* is therefore denied; accordingly, case No. 21-CV-349 is closed.

**DATED:** New York, New York
             December 6, 2021

                                                    **RUBY J. KRAJICK**
                                                     **Clerk of Court**
                                **BY:**
                                                      **Deputy Clerk**